**BROWN & CONNERY, LLP**
William F. Cook, Esquire
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Defendants Borough of Clayton, Clayton Police Department, and Chief Andrew Davis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RICHARD L. ROLLE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BOROUGH OF CLAYTON; BOROUGH OF CLAYTON POLICE DEPARTMENT; BOROUGH OF CLAYTON POLICE CHIEF ANDREW DAVIS, in his official capacity; POLICE OFFICER EDUARDO DIAZ; POLICE OFFICER JAMES D. LANGLOIS; both individually and in their official capacities, JOHN DOES (1-10),**<br><br>**Defendants.** | CIVIL ACTION NO. 20cv3384 (NLH-JS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST DEFENDANTS BOROUGH OF CLAYTON, CLAYTON POLICE DEPARTMENT, AND EDUARDO DIAZ** |

The matter in difference in the above-captioned action having been amicably adjusted by and between Plaintiff Richard Rolle, Defendant Borough of Clayton, Defendant Clayton Police Department, and Defendant Eduardo Diaz, it is hereby **STIPULATED AND AGREED** that all claims by Plaintiff against Defendants Borough of Clayton, Clayton Police Department, and Eduardo Diaz be and hereby are dismissed with prejudice and without costs.

*/s/ Kenneth D. Aita*
Kenneth D. Aita, Esquire
Counsel for Plaintiff

DATED: June 12, 2020

79K349602

*/s/ William F. Cook*            DATED: June 12, 2020
William F. Cook, Esquire
Counsel for Borough of Clayton
and Clayton Police Department

*/s/ John C. Grady*              DATED: June 12, 2020
John C. Grady, Esquire
Counsel for Eduardo Diaz